## READ ag$^t$ HALSEY

Obadiah Read assigne of Mary Kemble the widdow and Relict of Henry Kemble plaint. ag$^t$ James Halsey Defend$^t$ in an action of debt for witholding one hundred Eight pounds five Shillings being the Forfiture of s$^d$ Halsey his bond to Henry Kemble with all due damages according to attachm$^t$ dat$^d$ July. 8th 1676. . . . The Jury . . . founde for the plaintife breach of bond One hundred and thirty

pounds mony with costs of Court: The Defend⁺ moving for a chancery, pleading that part of the Summe was paide (which. the plaint. owned) and declaring that hee doubted not but the whole was by this time paide  The Court referred the chancering thereof unto the next Court of this County.   [ 390 ]